# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DIANNE MARLON,        )
    Plaintiff            )
                       )
VS.                   )
                       )  CIVIL ACTION NO. 01-12199-FHF
WESTERN NEW ENGLAND   )
COLLEGE,              )
    Defendant            )

## Plaintiff's Opposition to Defendant's Motion for Summary Judgment

Now comes plaintiff, Diane Marlon, and, through her attorney, opposes the defendant's motion for summary judgment, advancing that defendant cannot show that there are no undisputed material facts for the trier of fact. Moreover she relies on the Memorandum submitted herewith.

WHEREFORE, plaintiff urges that defendant's motion for summary judgment be denied.

Respectfully submitted,

DIANE MARLON
By her attorney:

Dated: May 16, 2003

_____
Robert LeRoux Hernandez
Six Pleasant St., Suite 513
Malden, MA 02148
(781) 321-8300
BBO No. 231920

### Certificate of Service

I, Robert LeRoux Hernandez, certify that I served the foregoing document on all counsel of record by first class and electronic mail on May 16, 2003.