FILED
CLERK'S OFFICE

'03 MAY 20 P 1:59

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE MARLON,<br>    Plaintiff<br><br>VS.<br><br>WESTERN NEW ENGLAND<br>COLLEGE,<br>    Defendant | CIVIL ACTION NO. 01-12199-FHF |

## PLAINTIFF'S MOTION TO IMPOUND PSYCHIATRIC RECORDS

Now comes plaintiff, through her attorney, under Local Rule 7.2, and respectfully moves that the court enter an Order impounding certain psychiatric records which plaintiff seeks to offer as Exhibit 8, in opposition to defendant's motion for summary judgment, as set forth in footnote 7 of her memorandum in opposition thereto.

Plaintiff further requests in accordance with L.R. 7.2(a) that at the conclusion of litigation, including the expiration of appeals, the impounded records be returned to plaintiff's counsel.

As grounds for allowing this motion, plaintiff advances that said documents contain personal information concerning plaintiff and her family, the dissemination of which would serve no public good, but, on the contrary, would violate plaintiff's privacy, potentially

1

causing her and others embarrassment.

WHEREFORE, plaintiff urges that this motion be allowed.

Respectfully submitted,

DIANNE MARLON,
By her attorney:

Dated: May 19, 2003

_____
Robert LeRoux Hernandez
BBO No. 231920
Six Pleasant St., Suite 513
Malden, MA 02148
(781) 321-8300

### CERTIFICATE OF SERVICE

I, Robert LeRoux Hernandez, hereby certify that I have this day sent a copy of the foregoing document by first class mail directed to all counsel of record.

Dated: May 19, 2003

_____
Robert LeRoux Hernandez