AO 456 (Rev. 5/85) Notice

# United States District Court
### DISTRICT OF MASSACHUSETTS

DIANNE MARLON

V.

WESTERN NEW ENGLAND COLLEGE

**NOTICE**

CASE NUMBER: 01-12199-FHF

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☐ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main St.<br>Springfield, MA 01103 | Courtroom 1- 5th Floor |
| | DATE AND TIME |
| | Thursday, June 19, 2003 at 10:00 A.M. |

TYPE OF PROCEEDING

** BEFORE FRANK H. FREEDMAN, SENIOR U.S. DISTRICT JUDGE

HEARING ON THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

** - The Pretrial conf. scheduled on June 19, 2003 at 10:00 A.M. will be cancelled due to the hearing on the Defendant's motion for S/J.

Tony Anastas
U.S. MAGISTRATE OR CLERK OF COURT

May 22, 2003
DATE

(BY) DEPUTY CLERK

To: Robert LeRoux Hernandez, Esquire
    Cheryl R. Smith, Esquire

This form was electronically produced by Elite Federal Forms, Inc.