UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE MARLON,<br>    PLAINTIFF,<br>VS.<br>WESTERN NEW ENGLAND COLLEGE,<br>    DEFENDANT | Case No.: 01-12199-FHF |

FILED
U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT WESTERN NEW ENGLAND COLLEGE'S ASSENT TO IMPOUNDMENT OF EXHIBIT 8 SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, Western New England College, through its attorney, and respectfully assents to Plaintiff's Motion that the Court impound documents offered by Plaintiff as Exhibit 8 in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

The Defendant advances that in compliance with the protective order, the Defendant assents to the impoundment of these records with the reservation that these documents be available prior to trial and for use during trial after sufficient notice to Plaintiff's counsel.

Therefore, Plaintiff's Motion to Impound Plaintiff's Psychiatric Records contained in Exhibit 8 of Plaintiff's Opposition to Defendant's Motion for Summary Judgment should be granted.

Respectfully submitted,

Western New England College
By its attorney:

*Cheryl Smith*
_____
Cheryl I. Smith
BBO No. 542492
Western New England College
1215 Wilbraham Rd.
Springfield, MA 01109
(413) 782-1542

## CERTIFICATION UNDER L.R. 7.1

I hereby certify that I have made a good faith effort to confer and have attempted in good faith to resolve or narrow the issues contained in the foregoing motion.

*Cheryl Smith*
_____
Cheryl I. Smith

## CERTIFICATE OF SERVICE

I, Cheryl I. Smith, hereby certify that I have this day sent a copy of the foregoing document by first class mail and certified mail, postage prepaid, directed to all counsel of record.

Dated: May 28, 2003

*Cheryl Smith*
_____
Cheryl I. Smith