UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIANNE MARLON,
                    Plaintiff

v.                                          CA 01-12199-FHF

WESTERN NEW ENGLAND COLLEGE,
                    Defendant

ORDER

PONSOR, D.J.

    Due to the untimely death of Judge Freedman and due to the fact that both this court and Magistrate Judge Neiman have a conflict regarding the defendant, this case will be transferred to Boston and assigned to Judge Woodlock. This case was originally drawn to Judge Woodlock and subsequently transferred to Springfield at the request of counsel.

    On June 19, 2003, counsel had argued the defendant's motion for summary judgment which was taken under advisement at that time.

                                        /s/ Michael A. Ponsor
                                        Michael A. Ponsor
                                        United States District Judge