UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANNE MARLON,                          )
        Plaintiff,                      )
                                        )
        v.                              )          CIVIL ACTION
                                        )          NO. 01-12199-DPW
WESTERN NEW ENGLAND COLLEGE,            )
        Defendant.                      )

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued

December 9, 2003, granting the Defendant's Motion for Summary Judgment

for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND

DECREED:

**Judgment for the Defendant against the Plaintiff.**


BY THE COURT,

/s/Rebecca Greenberg
Deputy Clerk

DATED: December 9, 2003