# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
2004 JAN -8 A 11: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIANNE MARLON,

    Plaintiff,

vs.

WESTERN NEW ENGLAND COLLEGE,

    Defendant

**CIVIL ACTION NO. 01-12199-DPW**

## PLAINTIFF'S NOTICE OF APPEAL

Now comes Plaintiff and gives Notice of her appeal from the Judgment in favor of Defendant and against Plaintiff in accordance with this Court's Memorandum and Order dated December 9, 2003, granting the Defendant's Motion of Summary Judgment for the reasons stated therein.

Dated this 6th day of January, 2004

By    _____
Dianne S. Marlon
Pro Se
2016 Casa Vista Dr.
Las Vegas, NV 89146
(702) 367-2072

### Certificate of Service

I, Dianne Marlon, certify that I served the foregoing document on all counsel of record by first class mail, postage prepaid, on ___January 7, 2004___.

_____
Dianne Marlon – Pro Se

1