# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

DIANNE MARLON,  )
      Plaintiff,  )
   vs.  )  **CIVIL ACTION NO. 01-12199-DPW**
WESTERN NEW ENGLAND COLLEGE,  )
      Defendant  )

### REQUEST FOR WAIVER OF FILING FEES
### FOR NOTICE OF APPEAL

Plaintiff respectfully requests that the Court waive the filing fees for the Plaintiff's Notice of Appeal. In support of my request, I have attached my Affidavit of Financial Ability.

Dated this 6th day of January, 2004

By _____

Dianne S. Marlon
Pro Se
2016 Casa Vista Dr.
Las Vegas, NV
89146
(702) 367-2072

# **AFFIDAVIT**

Plaintiff wishes to file with this Court the concurrently submitted pleading. Plaintiff cannot pay the costs of filing because of the lack of sufficient income. Currently, I am unemployed and have been off and on since 2002 to present.

**My total monthly income** before taxes is:

    From my unemployment: ............................................. $  1268.00

    Income from husband:................................................ $  2300.00

My unemployment runs out May 2004.

                                      Total Income: $ 3568.00

**My total monthly expenses** are:

    Mortgage ................................................................... $ 1675.00

    Phone, Electricity, Water, Other Uilities ... $  520.00

    Food ......................................................................... $  450.00

    Insurance ............................................................... $  125.00

    Medical ................................................................... $  200.00

    Transportation ..................................................... $  100.00

    Other: Loans, clothing, misc. expenses….. $  350.00

                            Total Expenses:   $  3480.00

_____
Affiant – Dianne S. Marlon