# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE MARLON, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>WESTERN NEW ENGLAND COLLEGE, )<br>      Defendant ) | **CIVIL ACTION NO. 01-12199-DPW** |

## AMENDED MOTION FOR WAIVER OF PREPAYMENT FEES FOR APPEAL

Plaintiff respectfully requests that the Court waive the prepayment fees for the Plaintiff's <u>Appeal</u>. In support of plaintiff's <u>Motion</u>, she has attached her <u>Amended Affidavit of Financial Ability</u> and <u>Application to Proceed Without Prepayment of Fees and Affidavit For Appeal</u>.

Dated this 15th day of January, 2004

By /s/ Dianne S. Marlon

Dianne S. Marlon
Pro Se
2016 Casa Vista Dr.
Las Vegas, NV
89146
(702) 367-2072

1

## AMENDED AFFIDAVIT

Plaintiff wishes to file with this Court the concurrently submitted pleading. Plaintiff cannot pay the fees of filing the APPEAL because of the lack of sufficient income and assets and liabilities. Currently, I am unemployed and have been off and on since 2002 to present.

**My total monthly income** before taxes is:

    From my unemployment: ......................................... $ 1268.00

    Income from husband:............................................ $ 2300.00

**My unemployment runs out May 2004.**

                              Total Monthly Income: $ 3568.00

**My total monthly expenses** are:

    Mortgage ............................................................... $ 1675.00

    Phone, Electricity, Water, Other Uilities ... $ 520.00

    Food ..................................................................... $ 450.00

    Insurance ........................................................... $ 125.00

    Medical ............................................................... $ 200.00

    Transportation ................................................. $ 100.00

    Other: Loans, clothing, misc. expenses….. $ 350.00

                       Total Monthly Expenses: $ 3480.00

**List of Assets and their Value:**

| Automobile: | Value | Loan Balance |
|---|---|---|
| INFINITI 1995 | $ 5,000. | $ .00 |

| | | |
|---|---|---|
| Mobile Home, House or other Real Estate: | | |
| House | $280,000 | $250,000 |
| Bank Accounts: | | |
| Wells Fargo Checking | $ 50 | $ |
| Other: | | |
| Cycle - Honda 1998 | $ 5,000 | $ 7,000 |

**List of Liabilities:**

| | |
|---|---|
| Credit Cards: | $160,000 |
| Student Loans: | $ 65,000 |
| Attorney Fees: | $ 18,000 |
| Medical: | $ 12,000 |

_____
Affiant - Dianne S. Marlon

Certificate of Service

I, Dianne Marlon, certify that I served the foregoing document on all counsel of record by first class mail, postage prepaid, on January 16, 2004.

_____
Dianne Marlon - Pro Se

3