# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 04-1096

DIANNE MARLON,

Plaintiff, Appellant,

v.

WESTERN NEW ENGLAND COLLEGE,

Defendant, Appellee.

---

**JUDGMENT**

Entered: January 11, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment granting defendant's motion for summary judgment is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/1/05

By the Court:

RICHARD CUSHING DONOVAN
───────────────────
Richard Cushing Donovan, Clerk

[cc: Ms. Marlon and Ms. Smith.]